**United States District Court**

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALBERT HENRY BIBBS,

10              Petitioner,                          No. C 05-04024 JSW

11        v.

12   ANTHONY P. KANE, Warden, and BOARD        **ORDER TO SHOW CAUSE**
     OF PAROLE HEARINGS, ARNOLD
13   SCHWARZENEGGER, real parties in interest,

14              Respondents.
                                            /
15

16        Movant, Albert Henry Bibbs, a state prisoner, has filed a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.

18                              **BACKGROUND**

19        Petitioner was convicted by a jury of one count of attempted willful, deliberate and

20   premeditated murder (Cal. Penal Code §§ 187, 664) and was sentenced to life plus five years,

21   with enhancements pursuant to California Penal Code §§ 12022.7 and 12022.55.

22                             **LEGAL CLAIMS**

23        Petitioner does not challenge the validity of his underlying conviction or the resulting

24   sentence.  Rather, Petitioner seeks federal habeas corpus relief by raising the claim that the

25   California Board of Parole Hearings has violated the Due Process Clause of the 14th

26   Amendment to the United States Constitution by its repeated denials of parole to Petitioner.

27   Liberally construed, the claim appears potentially colorable under 28 U.S.C. § 2254 and merit

28   an answer from Respondents.

**United States District Court**

For the Northern District of California

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1.   Petitioner shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondents.

2.   Respondents shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondents shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3.   If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondents within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated:   November 7, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE