IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT HENRY BIBBS,

    Petitioner,                                     No. C 05-04024 JSW

  v.

ANTHONY P. KANE, et al.,                  **ORDER TO SHOW CAUSE**

    Respondent.

_____/

        Albert Henry Bibbs ("Bibbs"), a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has moved to dismiss the petition, arguing that Bibbs does not allege a federal question and because he has not exhausted his claim that pursuant to the *Apprendi-Blakely* doctrine, the Board of Parole Hearings is precluded from relying on facts of the crime not found by a jury in making its parole determination.

        While the Court reserves ruling at this time on Respondent's motion to dismiss, it appears that Petitioner may not have exhausted his *Apprendi-Blakely* claim in the California state courts. In the event this Court finds Bibbs failed to exhaust this claim, he requests that the Court stay his petition and hold it in abeyance while he returns to state court to exhaust. Under *Rhines v. Weber*, 544 U.S. 269, 277-78 (2005), the stay and abeyance of a petition raising both exhausted and unexhausted claims is appropriate when the district court determines: (1) "there was good cause for petitioner's failure to exhaust his claims in state court;" (2) the unexhausted claims are not "plainly meritless;" and (3) reasonable time limits are placed on a petitioner's trip to state court and back." Although Bibbs requests that his petition be stayed and held in abeyance, he has not briefed whether such requested relief is appropriate under *Rhines*.

1  Accordingly, the Court Orders Bibbs to Show Cause why his petition should be stayed and held
2  in abeyance.
3       Bibbs is directed to file a response to this Order to Show Cause, which is not to exceed
4  five pages, by no later than August 1, 2006.  Respondent shall have until August 7, 2006 to file
5  a reply to Bibbs' response, if any, also not to exceed five pages.

7  **IT IS SO ORDERED.**
8  Dated: July 27, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

2