Case 3:05-cv-04024-JSW    Document 29    Filed 06/11/07    Page 1 of 1

STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
ALBERT HENRY BIBBS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HENRY BIBBS,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY KANE, Warden,<br><br>Respondent.<br>_____/<br>BOARD OF PRISON TERMS,<br>ARNOLD SCHWARZENEGGER,<br>Governor,<br><br>Real Parties In Interest.<br>_____/ | Case No. C 05-04024 JSW<br><br>*ORDER GRANTING EXTENSION TO FILE TRAVERSE [Proposed]* |

Petitioner ALBERT HENRY BIBBS having duly applied for an extension of time to file his Traverse to Respondent's Answer, and good cause appearing,

IT IS HEREBY ORDERED that the Traverse, previously due on June 6 2007, is now due on or before July 16, 2007.

Dated: June 11, 2007

_____
UNITED STATES DISTRICT JUDGE

- 4 -